# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Kelly Marie Beane          BK NO. 23-02335 HWV

Debtor(s)

Chapter 7

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of LAKEVIEW LOAN SERVICING, LLC and index same on the master mailing list.

       Respectfully submitted,

/s/ Michael Farrington

Michael Farrington
19 Dec 2023, 15:31:25, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

Case 1:23-bk-02335-HWV    Doc 13    Filed 12/20/23    Entered 12/20/23 15:36:58    Desc
Main Document     Page 1 of 1
Document ID: 07f1cbbce6d03728fc9488ad872aae59d0bc198e17fd0537ff5455b8217e14ce