Certificate Number: 06531-PAM-DE-038075663

Bankruptcy Case Number: 23-02335


06531-PAM-DE-038075663

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 6, 2024, at 2:40 o'clock PM CST, Kelly Beane completed a course on personal financial management given by telephone by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: January 6, 2024

By: /s/Jacqueline Gonzalez Guillen

Name: Jacqueline Gonzalez Guillen

Title: Credit Counselor