United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                                        Case No. 23-02335-HWV

Kelly Marie Beane                                                                                       Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                                     User: AutoDocke                                      Page 1 of 3

Date Rcvd: Jan 17, 2024                                 Form ID: 318                                        Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kelly Marie Beane, 619 Allenview Drive, Mechanicsburg, PA 17055-6188 |
| 5571843 | + | ALLENVIEW HOMEOWNERS ASSOCIATION, PO BOX 1007, MECHANICSBURG, PA 17055-1007 |
| 5571853 | + | HOLY SPIRIT HOSPITAL, 503 N 21ST STREET, CAMP HILL, PA 17011-2288 |
| 5571854 | + | HOLY SPIRIT PENN STATE, 503 N 21ST STREET, CAMP HILL, PA 17011-2288 |
| 5571858 | + | LOWER ALLEN TWP EMS, 2233 GETTYSBURG ROAD, CAMP HILL, PA 17011-7302 |
| 5571860 | + | PATIENT FIRST, PO BOX 758941, BALTIMORE, MD 21275-8941 |
| 5571861 | + | PATIENT FIRST, 5000 COX ROAD, STE 100, GLEN ALLEN, VA 23060-9263 |
| 5571865 | | QUANTUM IMAGING & THERAPEUTIC ASSOC, 629-D LOWTHER ROAD, LEWISBERRY, PA 17339-9527 |
| 5571868 | + | REPUBLIC WASTE SERVICES, 3730 SANDHURST DRIVE, YORK, PA 17406-7935 |
| 5571871 | + | THE RECEIVABLE MANAGEMENT SERVICES LLC, 2001 6TH AVENUE #2200, SEATTLE, WA 98121-2558 |
| 5571874 | + | UPMC CENTRAL PA HOSPITAL, PO BOX 2353, HARRISBURG, PA 17105-2353 |
| 5571876 | + | UPPER ALLEN TOWNSHIP, 100 GETTYSBURG PIKE, MECHANICSBURG, PA 17055-5698 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Jan 17 2024 23:44:00 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5571842 | + | Email/Text: bncnotifications@pheaa.org | Jan 17 2024 18:44:00 | AES/PHEAA, PO BOX 2461, HARRISBURG, PA 17105-2461 |
| 5571844 | | EDI: URSI.COM | Jan 17 2024 23:44:00 | ALLTRAN FINANCIAL LP, PO BOX 722929, HOUSTON, TX 77272-2929 |
| 5571845 | | EDI: GMACFS.COM | Jan 17 2024 23:44:00 | ALLY, PO BOX 130424, ROSEVILLE, MN 55113-0004 |
| 5572487 | + | EDI: AISACG.COM | Jan 17 2024 23:44:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5571846 | | Email/Text: Bankruptcy@BAMcollections.com | Jan 17 2024 18:44:00 | BUREAU OF ACCOUNT MGMT, 3607 ROSEMONT AVE STE 502, PO BOX 8875, CAMP HILL, PA 17001-8875 |
| 5571847 | | EDI: COMCASTCBLCENT | Jan 17 2024 23:44:00 | COMCAST (BK NOTICES), PO BOX 1931, BURLINGAME, CA 94011-1931 |
| 5571848 | | EDI: PENNDEPTREV | Jan 17 2024 23:44:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5571848 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 17 2024 18:45:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5571849 | | Email/Text: Collections_Bankruptcies@encoreexchange.com | Jan 17 2024 18:44:00 | COMPUTER CREDIT INC, CLAIM DEPT |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | 009696, 7996 NORT POINT BLVD, PO BOX 5238, WINSTON SALEM, NC 27113-5238 |
| 5571850 | | Email/Text: Collections_Bankruptcies@encoreexchange.com | | |
| | | | Jan 17 2024 18:44:00 | COMPUTER CREDIT, INC, CLAIM DEPT 006301, 470 W HANES MILL ROAD, PO BOX 5238, WINSTON SALEM, NC 27113-5238 |
| 5571852 | | EDI: CCS.COM | | |
| | | | Jan 17 2024 23:44:00 | CREDIT COLLECTION SERVICES, PO BOX 9134, NEEDHAM, MA 02494-9134 |
| 5571851 | + | EDI: CCS.COM | | |
| | | | Jan 17 2024 23:44:00 | CREDIT COLLECTION SERVICES, 725 CANTON STREET, NORWOOD, MA 02062-2679 |
| 5571872 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | | |
| | | | Jan 17 2024 18:44:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5571855 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | | |
| | | | Jan 17 2024 18:49:48 | HUD HEADQUARTERS, BANKRUPTCY NOTICES, 451 7TH STREET SW, WASHINGTON, DC 20410-0001 |
| 5571856 | | EDI: IRS.COM | | |
| | | | Jan 17 2024 23:44:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5571857 | | EDI: JPMORGANCHASE | | |
| | | | Jan 17 2024 23:44:00 | JPMCB CARD, PO BOX 15369, WILMINGTON, DE 19850 |
| 5571859 | + | Email/Text: camanagement@mtb.com | | |
| | | | Jan 17 2024 18:44:00 | M&T BANK MORTGAGE, LENDING SERVICES CORRESPONDENCE ADDRESS, PO BOX 1288, BUFFALO, NY 14240-1288 |
| 5571862 | | Email/Text: bankruptcies@penncredit.com | | |
| | | | Jan 17 2024 18:44:00 | PENN CREDIT CORP, 2800 COMMERCE DRIVE, PO BOX 69703, HARRISBURG, PA 17106 |
| 5571863 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Jan 17 2024 18:44:00 | PNC BANK, 2730 LIBERTY AVENUE, PITTSBURGH, PA 15222 |
| 5571864 | ^ | MEBN | | |
| | | | Jan 17 2024 18:41:56 | PPL ELECTRIC UTILITIES CORPORATION, ATTN: BANKRUPTCY DEPT, 827 HAUSMAN ROAD, ALLENTOWN PA 18104-9392 |
| 5571866 | + | Email/Text: BankruptcyMail@questdiagnostics.com | | |
| | | | Jan 17 2024 18:45:00 | QUEST DIAGNOSTICS, C/O PATIENT BANKRUPTCY SERVICES, PO BOX 740775, CINCINNATI, OH 45274-0775 |
| 5571867 | + | Email/Text: ngisupport@radiusgs.com | | |
| | | | Jan 17 2024 18:44:00 | RADIUS GLOBAL SOLUTIONS LLC, PHYSICAL ADDRESS, 7831 GLENROY RD, STE 250, MINNEAPOLIS, MN 55439-3117 |
| 5571869 | | Email/Text: bankruptcy@sequium.com | | |
| | | | Jan 17 2024 18:44:00 | SEQUIUM, 1130 NORTHCHASE PKWY, MARIETTA, GA 30067 |
| 5571870 | | EDI: SYNC | | |
| | | | Jan 17 2024 23:44:00 | SYNCB/JCP, BK NOTICES, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5571873 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | | |
| | | | Jan 17 2024 18:44:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 5571875 | | Email/Text: BNCnotices@dcmservices.com | | |
| | | | Jan 17 2024 18:44:00 | UPMC HEALTH SERVICES BK NOTICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 5571877 | | EDI: WFFC2 | | |
| | | | Jan 17 2024 23:44:00 | WELLS FARGO CARD SERVICES, PO BOX 14517, DES MOINES, IA 50306-3517 |
| 5571878 | | EDI: COMCASTCBLCENT | | |
| | | | Jan 17 2024 23:44:00 | XFINITY COMCAST, 676 ISLAND POND ROAD, MANCHESTER, NH 03109-4840 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5572489 | *+ | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2024     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dorothy L Mott | on behalf of Debtor 1 Kelly Marie Beane DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com |
| Lawrence V. Young | lyoung@cgalaw.com pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com |
| Michael Patrick Farrington | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Kelly Marie Beane<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–6916<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:23-bk-02335-HWV | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kelly Marie Beane

1/17/24

**By the court:** *[signature]*

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318  **Order of Discharge**  page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2